

# NUMBER 13-22-00112-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

KENNETH WARREN RIEDEL,                                          Appellant,

v.

THE STATE OF TEXAS,                                          Appellee.

---

### On appeal from the 25th District Court
### of Gonzales County, Texas.

---

# ORDER

### Before Justices Longoria, Hinojosa, and Silva
### Order Per Curiam

Before the Court is appellant's pro se motion for access to the appellate record. On September 9, 2022, appellant's counsel filed an *Anders* brief, and appellant has been unable to examine the record in order to file a pro se brief. *See Anders v. California*, 386 U.S. 738, 744 (1967).

Accordingly, we grant appellant's motion. We order the trial court to ensure that

appellant has the opportunity to fully examine the appellate record on or before thirty days from the date of this order. We further order the trial court to notify this Court as to the date upon which the appellate record was made available to appellant. *See Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014).

Appellant shall have thirty (30) days from the day the appellate record is first made available to him to file his pro se brief with this Court. The State shall have twenty days thereafter to file its response, if any.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
20th day of October, 2022.